**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7568**

DEMETRIC HARDAWAY,

        Plaintiff - Appellant,

    v.

LORI MYERS,

        Defendant - Appellee,

    and

FRANCES JOHNSON; NICOLE CHAPMAN; EDSEL TAYLOR,

        Defendants.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Richard Mark Gergel, District Judge. (8:20-cv-00149-RMG)

Submitted: March 29, 2022                    Decided: June 13, 2022

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Demetric Hardaway, Appellant Pro Se.  Elloree Ann Ganes, HOOD LAW FIRM, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetric Hardaway appeals the district court's order accepting the magistrate judge's recommendation to grant summary judgment in favor of Lori Myers in Hardaway's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's amended judgment. *Hardaway v. Myers*, No. 8:20-cv-00149-RMG (D.S.C. Sept. 23, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*